**Reginald MILLER, Movant,**

v.

**STATE of Missouri, Respondent.**

No. 64166.

Missouri Court of Appeals,
Eastern District,
Division One.

March 15, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 13, 1994.

Application to Transfer Denied
May 26, 1994.

**170**

Dave Hemingway, St. Louis, for movant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Movant, Reginald Miller, appeals from the denial of his Rule 24.035 motion without an evidentiary hearing.

The judgment of the motion court is based on findings of fact that are not clearly erroneous; no error of law appears. An opinion would have no precedential value.

The judgment of the motion court is affirmed. Rule 84.16(b).